### STATE of Missouri, Respondent,

v.

### Colton B. BONAR, Appellant.

### WD 79912

Missouri Court of Appeals,
Western District.

ORDER FILED: May 30, 2017

Christian Lehmberg, Columbia, MO, Counsel for Appellant.

Daniel McPherson, Jefferson City, MO, Counsel for Respondent.

Before Division Two: Thomas H. Newton, P.J., James Edward Welsh, and Karen King Mitchell, JJ.

### ORDER

Per Curiam:

Mr. Colton B. Bonar appeals a conviction and sentence for committing violence against an offender in the Department of Corrections, § 217.385.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).